E-FILED
Tuesday, 12 May, 2020  11:15:59 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ELIZABETH D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-1426-JES-JEH |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is now before the Court on a Report and Recommendation from Magistrate Judge Hawley. Doc. 20. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have not presented timely objections, any such objections have been waived. *Id*. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (Doc. 20), grants Plaintiff's Motion for Summary Judgment (Doc. 14), and denies Defendant's Motion for Summary Affirmance (Doc. 18). This matter is remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation pursuant to 42 U.S.C. § 405(g), Sentence Four.

**IT IS SO ORDERED.**

The Clerk is directed to close the case.

Signed on this 12th day of May, 2020.

s/James E. Shadid
James E. Shadid
United States District Judge

1